■ IRENE S. HOTCAVEG, on Her Own Behalf and on Behalf of STRAUSS DISPLAYS, INC., Respondent, v. HAROLD LIGHTMAN et al., Appellants.—

Motion by appellants for a stay of all proceedings in the action, pending appeal, denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ. concur.